IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TAVAREOUS WILLIAMS,

    Plaintiff,

vs.                                                                            Case No: 1:11-cv-171-SPM-GRJ

JEFFREY BOYD, et al.,

    Defendants.

_____/

**O R D E R**

Pending before the Court is Doc. 8, Plaintiff's Notice of Voluntary Dismissal. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), a plaintiff may voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. The effect of such a voluntary dismissal by a plaintiff is that the dismissal is without prejudice, unless the plaintiff has previously dismissed any federal or state court action based on or including the same claim. FED. R. CIV. P. 41(a)(1)(B).

In this instance, the Defendants have not been served, and it does not appear that Plaintiff has previously dismissed any action based on the same claim.

Accordingly, upon due consideration, it is **ORDERED** that:

Pursuant to Plaintiff's Notice of Voluntary Dismissal, Doc. 8, this case is **DISMISSED WITHOUT PREJUDICE.** The Clerk is instructed to make the appropriate notation on the docket and close the file.

**DONE AND ORDERED** this 20th day of December 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge